**Exhibit A to the Complaint**

**Location:** Allentown, PA

**Total Works Infringed:** 24

**IP Address:** 146.115.221.36

**ISP:** Astound Broadband

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | DCDE353FEDDB4249B9F1FEAF8657BFD9BACEE400 | 12/24/2024 16:18:35 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 2 | 6c639aa8446f7f87521d3f3e65244d3164287f1a | 12/21/2024 19:09:38 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 3 | 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D | 12/21/2024 18:19:20 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 4 | 60EF95299AFEC2A175C17B852B2DEEFD4F1BAEE2 | 12/21/2024 18:14:26 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 5 | 3D12C142E56A6E39459711907ACDD5A07DA03127 | 12/21/2024 18:12:36 | Vixen | 11/18/2022 | 12/11/2022 | PA0002384397 |
| 6 | 9F6BB1EF7E209D679B6EECC06E3F97A2AC5C7DBD | 12/21/2024 18:12:17 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 7 | 5420def2051e8d34a82c47c0692cf130fa3a693d | 12/21/2024 18:09:14 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 8 | 4157BB075EC440872C9B41053864287444A90124 | 12/18/2024 22:36:02 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 9 | DDB0BF17C197427DD020F7C5BA375F9AC56966E6 | 12/02/2024 22:58:53 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 10 | 0c2c81b277ae8b171b2fa61d8773f82a70b94079 | 11/21/2024 22:45:52 | Blacked | 11/19/2024 | 12/13/2024 | PA0002506270 |
| 11 | 8C65CB34671B0871EFB8E6FA4FEE6F740B77C31C | 10/06/2024 14:43:21 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 12 | C4F37C5ED5B46F5B6EF06BB7ECBBD0DD58C3BDA3 | 09/29/2024 15:25:34 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 13 | E6684B688EB24D22565D5CD5A432D5203F0F6169 | 08/31/2024 22:51:17 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 14 | 38147E2C502F36F01E119981C220673661268075 | 08/17/2024 23:05:21 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 15 | 14BE5391B66F55281AE2972E5FCE57DFDDDF73AA | 08/17/2024 22:59:56 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 16 | F38F2DDB58292469374ED21E5EC729D923DF36CF | 07/07/2024 19:20:49 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 17 | bcb8f7dc0db12cfbec366d614c091b2cefe7b7df | 06/04/2024 22:25:40 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 18 | 36389E6032620A6917ABAA13B49D856DE273E555 | 05/21/2024 23:43:14 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 19 | 2E5920783795D9407FECAE9B09916066F0481F72 | 04/30/2024 21:31:31 | Milfy | 04/17/2024 | 06/24/2024 | PA0002477490 |
| 20 | D014D5A84425B3A9ADF7474A97E303662D0B6129 | 04/06/2024 15:16:22 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 21 | 0c14f2ac3219cdca0ed3981a3419d69e370fb2e5 | 03/16/2024 15:47:30 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 22 | 2AB2B0C7998ECFEEFB3DC78ED9EF9F4BE454B664 | 02/10/2024 17:33:40 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 23 | f70e9d5482cf748a69680c9d47ed49a6b1f3fb68 | 10/08/2023 21:43:13 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 24 | 124b0d68f9c3d84844617784c0772d7e17ae3cfc | 09/02/2023 14:06:26 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |